EWEN McINTYRE, Respondent, *v.* WILLIAM E. STRONG, Appellant.

(Argued December 14, 1883 ; decided January 22, 1884.)

*Henry S. Bennett* for appellant.

*William J. Gibson* for respondent.

Agree to affirm ; no opinion.
All concur except DANFORTH, J., dissenting.
Judgment affirmed.

---

HENRY DANENBAUM et al., Respondents, *v.* LEHMAN H. MANDELBAUM, Appellant.

(Argued December 4, 1883 ; decided January 22, 1884.)

*E. C. Boardman* for appellant.

*Rastus S. Ransom* for respondents.

Agree to affirm on opinion in *Segelken* v. *Meyer* (*ante*, p. 473).
All concur.
Order affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellants, *v.* THOMAS McKEON, Respondent.

(Submitted January 14, 1884 ; decided January 22, 1884.)

*1. Sam Johnson* for appellant.

*M. E. & E. M. Bartlett* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.